

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-13-2007

# Purveegiin v. USCA Third Cir

Precedential or Non-Precedential: Non-Precedential

Docket No. 06-4836

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"Purveegiin v. USCA Third Cir" (2007). *2007 Decisions.* Paper 945.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/945

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

CLD-208                                              **NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 06-4836
_____

BATSAIHAN PURVEEGIIN,

Appellant

v.

USCA 3RD CIRCUIT COURTS, Corrupt Administratives;
MARCIA M. WALDRON, USCA 3RD Cir. Court; LYNN LOPEZ,
USCA 3RD Cir. Legal Aid; BRADFORD BALDUS, USCA 3RD Cir.
Legal Aid; USCA 3RD CIR. CLERK ADMINISTRATION,
USCA 3RD Cir. Clerks Office
_____

On Appeal From the United States District Court
For the Eastern District of Pennsylvania
(D.C. Civ. No. 06-04580)
District Judge: Honorable John P. Fullam
_____

Submitted For Possible Dismissal Under 28 U.S.C. § 1915(e)(2)(B)
April 26, 2007

Before: RENDELL, SMITH AND JORDAN, <u>CIRCUIT</u> <u>JUDGES</u>

(Filed June 13, 2007)

_____

OPINION
_____

PER CURIAM

        Batsaihan Purveegiin, representing himself, sued this Court, or at least its "corrupt

administratives" and "administration," as well as members of the Court's staff. His allegations focused on how his pending appeals were being handled. Among other things, he contended that his counsel in another case had seduced, or been seduced by, Court personnel.

The District Court denied Purveegiin's request to proceed in forma pauperis and dismissed Purveegiin's complaint as legally frivolous. Purveegiin filed a notice of appeal, opening an appeal that proceeds separately. In the District Court, Purveegiin then filed a motion for leave to proceed in forma pauperis on appeal. The District Court transferred the motion to this Court for disposition. Purveegiin appeals from the order transferring his motion and requests appointment of counsel.

Purveegiin's appeal is without merit in fact or law. Having already denied Purveegiin's first motion for leave to proceed in forma pauperis, the District Court determined that this Court would be the appropriate forum for Purveegiin's renewed attempt to seek in forma pauperis status. Had the District Court merely denied the motion, Purveegiin would have been permitted to file his motion in this Court. See Fed. R. App. P. 24(a)(5). The transfer put the motion before us without Purveegiin having to refile it. We do not find error in the District Court's decision. Accordingly, we will dismiss Purveegiin's appeal pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and deny his motion for appointment of counsel.